**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIE P. BELTRAN, ) | NO. CV 08-2386-RGK(E) |
|   ) | |
|         Plaintiff, ) | |
|   ) | |
|     v.   ) | **JUDGMENT** |
|   ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) | |
| OF SOCIAL SECURITY ADMINISTRATION, ) | |
|   ) | |
|   ) | |
|         Defendant. ) | |
| _____) | |

    IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED:  November 18, 2008

_____
     R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE