```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  NOV 30 2012

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE P. BELTRAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | NO. CV 08-2386-RGK(E)<br><br>**JUDGMENT** |

In accordance with the mandate of the United States Court of Appeals for the Ninth Circuit, filed in this Court on November 26, 2012, this matter is remanded to the Social Security Administration for further proceedings consistent with the opinion of the Ninth Circuit.

DATED: NOV 30 2012　　　　　　　　　　.

　　　　　　　　　　　　　　　　　　　/s/ R. Gary Klausner
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE