UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE P. BELTRAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | NO. CV 08-2386-RGK(E) <br><br><br> **JUDGMENT** |

In accordance with the mandate of the United States Court of Appeals for the Ninth Circuit, filed in this Court on November 26, 2012, this matter is remanded to the Social Security Administration for further proceedings consistent with the opinion of the Ninth Circuit.

DATED: NOV 3 0 2012 .

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE